ELECTRONICALLY FILED
07/07/2025 2:39:04 PM   Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**

    Plaintiff,

v.

Case No. CK-2025-CV-000072

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO,** in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,

    Defendants.

## PETITION FOR WRONGFUL TERMINATION, RETALIATION, DECLARATORY RELIEF
### (Pursuant to K.S.A. Chapter 60 – Jury Trial Demanded)

***COMES NOW***, the Plaintiff, **Joshua A. Davis**, by and through himself, acting pro se, and for his causes of action against the above-named Defendants, states and alleges as follows:

### I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Joshua A. Davis is an adult resident of Cherokee County, Kansas, and was employed by the Galena Police Department until his wrongful termination on March 31, 2025.

2. Defendant **City of Galena, Kansas** is a municipal government body located within Cherokee County and may be served through its City Clerk.

3. Defendant **Galena Police Department** is an agency of the City of Galena and operated under its direction and control.

4. Defendant **Ashley Qualls-Grove**s is the sitting Mayor of Galena, Kansas, and may be served in both her official and individual capacities. She is also employed by **Galena USD**

**EXHIBIT
A**

**499** and uses her school email address (ashley.groves@galena499.org) to conduct municipal business during school hours.

5. Defendant **Candace Gayoso** is the contracted City Attorney for Galena and was at all times relevant acting as legal counsel for the City.

6. Defendant **Tracy Roberts** is the current City Clerk and was acting in her official and individual capacity.

7. Defendant **Jessica Walker** is the Assistant City Clerk and acted under color of law in both administrative and personal capacities.

8. Defendant **Chad Allison** was appointed as Interim Chief of Police on or about January 24, 2025, assuming full duties shortly thereafter.

9. Defendant **Noble Dobkins** served as Chief of Police until his resignation became effective February 3, 2025.

10. Defendant **Christopher Jordan** is a patrol lieutenant employed by the Galena Police Department.

11. Defendant **Melissa A. West** is the Police Administrative Assistant.

12. Jurisdiction is proper under K.S.A. Chapter 60. Venue lies properly in this Court under K.S.A. 60-601 et seq., as all actions complained of occurred in Cherokee County, Kansas.

## II. FACTUAL ALLEGATIONS

13. Plaintiff served the Galena Police Department faithfully until March 31, 2025, when he was abruptly and wrongfully terminated without just cause or due process.

14. On or about March 25, 2025, Plaintiff sought legal clarification regarding his eligibility to run for Mayor of Galena while still employed. He made this request through **City Attorney Candace Gayoso's** private law firm, **Gayoso Law Office** in Baxter Springs. Plaintiff was never given the opportunity to speak with Gayoso directly and was instead redirected to her legal assistant.

15. Rather than providing the legal clarification requested, **Ms. Gayoso relayed this confidential political inquiry to Mayor Ashley Qualls-Groves**, who, along with other city officials, used it to initiate discussions surrounding Plaintiff's removal.

16. On March 31, 2025, just days after this political inquiry, Plaintiff was terminated.

17. Plaintiff formally filed for candidacy for Mayor the following day, April 1, 2025. His candidacy is publicly recorded with the **Cherokee County Clerk's Office.**

18. The retaliatory motive of the termination became clear on May 27, 2025, when the City appealed Plaintiff's award of unemployment benefits to the **Kansas Department of Labor,** claiming, **for the first time,** that he was fired due to "negligence" and "failure to perform School Resource Officer duties," along with a prior disciplinary warning dated January 27, 2025.

19. At the time of termination, **no written reason was provided to Plaintiff,** nor was he given an opportunity to respond to the allegations. This failure violated **procedural due process** under Kansas law.

20. The disciplinary action from January 27, 2025, was authored by Chief **Noble Dobkins,** who told Plaintiff that "others" in City Hall were pushing for his removal and that there was an internal email chain discussing Plaintiff's termination weeks prior to it happening.

21. Dobkins' disciplinary action was issued under pressure and cited two minor allegations: smoking in a patrol vehicle and disclosing department information, **both of which were categorically false and unsubstantiated.**

22. Plaintiff was not the responding or investigating officer in either of the two high-profile internal matters referred to as the **"Christopher Jordan Inquiry"** and the **"Jessica Walker Incident",** which involved serious community complaints against City personnel.

23. These incidents were the subject of lawful **KORA requests** submitted by **Tanner S. Walker,** who affirms under oath that Plaintiff provided him no internal information. The only contact made was with Chief **Noble Dobkins** in his official capacity.

24. The **Christopher Jordan Inquiry** involved Officer Jordan's prior dismissal from the **Quapaw Nation Marshal Service** for disturbing conduct, including allegations of instability and violence toward romantic partners. It remains unclear whether the City ever required a psychological evaluation prior to hiring him.

25. The **Jessica Walker Incident** involved a bar fight at **Gravy's Place** on December 27–28, 2024. Walker was charged in **Cherokee County District Court,** Case No. CK25CR33. Despite this, she remains employed, and City Attorney **Candace Gayoso** personally entered her appearance on Walker's behalf—**a conflict of interest given her municipal duties to prosecute such conduct.**

26. Plaintiff was falsely accused by City employees of leaking information regarding both inquiries. The **Royce Cantrell matter** was also used to frame Plaintiff, although Mr. Cantrell's disputes were with the City directly and not with Davis.

27. All accusations of misconduct against the Plaintiff were fabricated or grossly exaggerated. Defendants weaponized internal processes to create a false narrative supporting Plaintiff's termination.

28. Defendants repeatedly altered Plaintiff's assignments, from **Patrol Officer** to **School Resource Officer**, to **Investigator**, to **Animal Control/Code Enforcement**, without written rationale or stability. These erratic role changes contributed to a **hostile work environment** and were designed to undermine Plaintiff's authority and professional reputation.

29. **Chad Allison**, who submitted the Department of Labor appeal narrative, had only recently assumed the role of Police Chief and had no direct knowledge of Plaintiff's conduct. His statements were based on hearsay from Mayor **Ashley Qualls-Groves**, Clerk **Tracy Roberts**, and others.

30. Both **Officer Jordan** and **Assistant Clerk Walker** remain employed, despite alarming behavior and the City's knowledge thereof, while Plaintiff was terminated for much less, further evidencing disparate treatment.

31. Mayor **Ashley Qualls-Groves** has a documented pattern of appointing family members and close allies to key positions, fostering a **culture of nepotism** and favoritism that undercuts merit-based governance.

32. Plaintiff's termination was politically motivated, procedurally deficient, and carried out in retaliation for his protected political speech and candidacy.

### III. CLAIMS FOR RELIEF

**Count I – Wrongful Termination (Retaliation for Political Activity)**
Violation of public policy and political retaliation in violation of Kansas common law.

**Count II – Procedural Due Process Violation**
Denial of notice, opportunity to respond, and impartial hearing as required under the U.S. and Kansas Constitutions.

**Count III – Defamation**
False and damaging statements made to the Kansas Department of Labor and within City Hall by Defendants, including claims of negligence, misconduct, and breach of duty.

**Count IV – Hostile Work Environment**
Repeated and purposeful assignment changes, defamatory accusations, and administrative manipulation constitute constructive discharge.

## IV. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays this Court:

1. Enter judgment against all Defendants jointly and severally;

2. Declare that Plaintiff's rights were violated;

3. Award **unspecified compensatory damages** to be determined by a jury;

4. Order all appropriate equitable and injunctive relief;

5. Award costs, statutory interest, and such other relief as the Court deems just and proper.

**VERIFICATION – STATE OF KANSAS – COUNTY OF CHEROKEE**

I, **Joshua A. Davis**, under penalty of perjury pursuant to the laws of the State of Kansas, hereby verify that the foregoing Petition is true and correct to the best of my knowledge, information, and belief.

DATED: July 7, 2025
SIGNED: _____
Joshua A. Davis, Plaintiff, pro se

**STATE OF KANSAS**
**COUNTY OF CHEROKEE**

Subscribed and sworn to before me this 7th day of July, 2025.

**Samantha Lynn Walker**, Notary Public
My Commission Expires: 07-29-2028

> SAMANTHA LYNN WALKER
> Notary Public, State of Kansas
> My Appointment Expires
> 7-29-28

**RULE 26 INITIAL DISCLOSURE**
Pursuant to Kansas Supreme Court Rule 26, Plaintiff states as follows:

- Plaintiff may call any witnesses with personal knowledge of the events herein described.
- Relevant categories of documents include:
- Personnel and disciplinary records;
- Internal emails between Defendants;
- KORA responses;

- Unemployment hearing records;
- Records from USD 499 relating to Plaintiff's SRO role;
- Documents submitted to and from the Department of Labor;
- Public court filings.

All communications with Plaintiff shall be made pursuant to **Kansas Supreme Court Rule 2.1,** and directed to the contact information provided in this Petition.

ELECTRONICALLY FILED
07/09/2025 3:55:40 PM   Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
### SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.

Case No. ~~Cᵥ ⹀ ʟ⹀ ⹀ʟⴽʟⴽ~~

CK-2025-CV-000072

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES,** in her official and individual capacities;
**CANDACE GAYOSO,** in her official and individual capacities;
**TRACY ROBERTS,** in her official and individual capacities;
**JESSICA WALKER,** in her official and individual capacities;
**CHAD ALLISON,** in his official and individual capacities;
**MELISSA A. WEST,** in her official and individual capacities;
**NOBLE DOBKINS,** in his official and individual capacities;
**CHRISTOPHER JORDAN,** in his official and individual capacities,
    Defendants.

## SUMMONS

To: **Christopher Jordan**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

7/a/25

**CLERK OF THE DISTRICT COURT**

### **RETURN OF SERVICE**

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____

Date: _____

ELECTRONICALLY FILED
07/09/2025 3:59:44 PM  Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.

Case N~ _____

CK- 2025-CV-000072

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES,** in her official and individual capacities;
**CANDACE GAYOSO,** in her official and individual capacities;
**TRACY ROBERTS,** in her official and individual capacities;
**JESSICA WALKER,** in her official and individual capacities;
**CHAD ALLISON,** in his official and individual capacities;
**MELISSA A. WEST,** in her official and individual capacities;
**NOBLE DOBKINS,** in his official and individual capacities;
**CHRISTOPHER JORDAN,** in his official and individual capacities,
    Defendants.

## SUMMONS

To: **Noble Dobkins**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

*Elaine S Warden* 7/4/25

**CLERK OF THE DISTRICT COURT**

## RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____

Date: _____

ELECTRONICALLY FILED
07/10/2025 9:50:22 AM  Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.

Case No. _____

*CK- 2025- CV- 000072*

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO**, in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,
    Defendants.

## SUMMONS

To: **Melissa A. West**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

_Jamie M Waike_ 7/9/25

**CLERK OF THE DISTRICT COURT**

## RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____

Date: _____

ELECTRONICALLY FILED
07/10/2025 9:53:39 AM   Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
　　Plaintiff,

v.

Case No. _____

CK-2025-CV-000072

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO**, in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,
　　Defendants.

## SUMMONS

To: **Chad Allison**
　　211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

*Elaine S. Wausken* 7/10/25

**CLERK OF THE DISTRICT COURT**

## RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____
Date: _____

ELECTRONICALLY FILED
07/10/2025 10:00:16 AM Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
        Plaintiff,

v.

Case No. _____

CK-2025-CV-000072

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO**, in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,
        Defendants.

## SUMMONS

To: **Jessica Walker**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

7/10/25

**CLERK OF THE DISTRICT COURT**

## **RETURN OF SERVICE**

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____
Date: _____

ELECTRONICALLY FILED
07/10/2025 10:03:40 AM Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.

Case No. _____

CK- 2025 - CV - 000072

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO**, in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,
    Defendants.

## SUMMONS

To: **Tracy Roberts**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

7/10/25

**CLERK OF THE DISTRICT COURT**

## RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____
Date: _____

ELECTRONICALLY FILED
07/10/2025 10:28:22 AM Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO**, in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,
    Defendants.

Case No

CK-2025-CV-000072

## SUMMONS

To: **Candace Gayoso**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

7/10/25

**CLERK OF THE DISTRICT COURT**

### RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____

Date: _____

ELECTRONICALLY FILED
07/10/2025 10:31:43 AM Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
### SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.

Case No ~~Ci 2025 CV~~
CK - 2025 -CV - 000072

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO**, in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,
    Defendants.

## SUMMONS

To: **Mayor Ashley Qualls Groves**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

_Elaine S Warshler_ 7/10/25

**CLERK OF THE DISTRICT COURT**

## RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____

Date: _____

ELECTRONICALLY FILED
07/10/2025 10:35:42 AM Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.                           Case No. **CK-2025-CV-000072**

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES**, in her official and individual capacities;
**CANDACE GAYOSO**, in her official and individual capacities;
**TRACY ROBERTS**, in her official and individual capacities;
**JESSICA WALKER**, in her official and individual capacities;
**CHAD ALLISON**, in his official and individual capacities;
**MELISSA A. WEST**, in her official and individual capacities;
**NOBLE DOBKINS**, in his official and individual capacities;
**CHRISTOPHER JORDAN**, in his official and individual capacities,
    Defendants.

# SUMMONS

To: **City of Galena, Kansas**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

_7/10/25_

**CLERK OF THE DISTRICT COURT**

### RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location: _____.

Signature of Server: _____

Date: _____

ELECTRONICALLY FILED
07/10/2025 10:38:52 AM Central Standard Time
CLERK OF THE CHEROKEE COUNTY DISTRICT COURT
CASE NUMBER: CK-2025-CV-000072

## IN THE DISTRICT COURT OF CHEROKEE COUNTY, KANSAS
## SITTING AT COLUMBUS

**JOSHUA A. DAVIS,**
    Plaintiff,

v.                                                 Case No. **CK-2025-CV-000072**

**CITY OF GALENA, KANSAS;**
**GALENA POLICE DEPARTMENT;**
**ASHLEY QUALLS-GROVES,** in her official and individual capacities;
**CANDACE GAYOSO,** in her official and individual capacities;
**TRACY ROBERTS,** in her official and individual capacities;
**JESSICA WALKER,** in her official and individual capacities;
**CHAD ALLISON,** in his official and individual capacities;
**MELISSA A. WEST,** in her official and individual capacities;
**NOBLE DOBKINS,** in his official and individual capacities;
**CHRISTOPHER JORDAN,** in his official and individual capacities,
    Defendants.

## SUMMONS

To: **Galena Police Department**
    211 W 7th Street, Galena, Kansas 66739

A civil lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

**The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:**

**Joshua A. Davis**
2638 Hickory Hills Road
Galena, Kansas 66739

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

_____ 7/10/25
CLERK OF THE DISTRICT COURT

### RETURN OF SERVICE

I certify that on _____, I personally served a copy of this summons and a copy of the petition on _____ at the following location:
_____.

Signature of Server: _____
Date: _____